UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENT HOVIND and
PAUL HANSEN,
Trustee for Creation Science Evangelism,

    Plaintiffs,

v.                                    Case No. 3:20cv5484-TKW-HTC

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## ORDER

Plaintiffs have filed a complaint, pursuant to 42 U.S.C. § 1983, alleging Defendants have violated their rights under the U.S. Constitution, the Florida Constitution, and common law torts based on multiple perceived violations. ECF Doc. 1. Although Plaintiffs are proceeding *pro se*, they have paid the $400 filing fee and are not proceeding *in forma pauperis*. Thus, Plaintiffs are responsible for serving the complaint on Defendants so Defendants may respond to their allegations.[1]

---

[1] Plaintiffs provided the Court with six (6) copies of their complaint. However, as stated herein, Plaintiffs are responsible for serving the complaint and summons on each Defendant.

Pursuant to Federal Rule of Civil Procedure 4(b), on or after filing the complaint, the Plaintiffs may present a summons to the clerk for each Defendant to be served.  Fed. R. Civ. P. 4(b).  Plaintiffs shall serve a copy of the complaint and summons on each Defendant in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure, and Plaintiffs should note that specific service rules may apply depending on whether a particular Defendant is an individual, corporation, or other entity.  For example, there are specific procedural requirements for serving a government entity such as Defendant United States of America under Rule 4(i).  Plaintiffs are further warned that they must complete service within ninety (90) days of the date they filed the complaint or, absent good cause, the Court must dismiss their claims as to any unserved Defendant.  *See* Fed. R. Civ. P. 4(m).

Accordingly, it is ORDERED that:

1. Plaintiffs shall promptly, and by no later than five (5) business days of the date of this order, present the requisite summons(es) to the clerk for signature, seal, and issuance.

2. Plaintiffs shall promptly serve the issued summonses and service copies of the complaint on each Defendant in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure.

3. If a notice of appearance is filed by an attorney for any of the Defendants, Plaintiffs shall be required to mail to that attorney a copy of every

pleading or other paper submitted for consideration by the Court. Plaintiffs shall include with any paper submitted for filing a certificate of service stating the date a correct copy of the paper was mailed to that defendant or to the attorney representing that defendant. Any paper submitted for filing that does not contain a certificate of service shall be returned by the clerk and disregarded by the Court. *See* Fed. R. Civ. P. 5; N.D. Fla. Loc. R. 5.1(F).

DONE AND ORDERED this 4th day of June, 2020.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**