*(doc no6.06.20)*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KENT E. HOVIND**, an individual*,

**PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE)**, a non-statutory trust,

      Plaintiffs,                                     Case No. 3:20CV5484

vs.

**UNITED STATES OF AMERICA, (USA)** an entity,
**MARGARET CATHARINE RODGERS**, an individual,
**THE ESTATE OF JOHN DAVID ROY ATCHISON**, an individual,
**MICHELLE HELDMYER**, an individual,
**SCOTT SCHNEIDER**, an individual,
**ALAN STUART RICHEY**, an individual,

      Defendants.

_____/

## CIVIL RIGHTS COMPLAINT – 42 U.S.C. § 1983, 1985,1986.

### FIRST, FOURTH, FIFTH, SIXTH, NINTH, TENTH, THIRTEENTH, and FOURTEENTH AMENDMENTS

### FLORIDA CONSTITUTION ART I SEC 9, SEC 11, SEC 12, SEC 17, SEC 21, SEC 23, and SEC 25 and COMMON LAW TORT CLAIMS

COME NOW PLAINTIFFS, **KENT E. HOVIND**, an individual, and **PAUL JOHN HANSEN**, as trustee of **CREATION SCIENCE EVANGELISM (CSE)**, a non-statutory trust, bring this action pursuant to 42 U.S.C. §1983, seeking damages to remedy violations of their rights secured (Bill of Rights) by the following:

1a. Amendment I - Congress shall make no law respecting an <u>establishment of religion</u>, or prohibiting the <u>free exercise thereof</u>; or <u>abridging the freedom of speech</u>, or of the

---

42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

{doc no6.06.20}

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KENT E. HOVIND**, an individual*,

**PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE)**, a non-statutory trust,

      Plaintiffs,                             Case No. 3:20CV5484

vs.

**UNITED STATES OF AMERICA, (USA)** an entity,
**MARGARET CATHARINE RODGERS**, an individual,
**THE ESTATE OF JOHN DAVID ROY ATCHISON**, an individual,
**MICHELLE HELDMYER**, an individual,
**SCOTT SCHNEIDER**, an individual,
**ALAN STUART RICHEY**, an individual,

      Defendants.

_____ /

## CIVIL RIGHTS COMPLAINT – 42 U.S.C. § 1983, 1985,1986.

## FIRST, FOURTH, FIFTH, SIXTH, NINTH, TENTH, THIRTEENTH, and FOURTEENTH AMENDMENTS

## FLORIDA CONSTITUTION ART I SEC 9, SEC 11, SEC 12, SEC 17, SEC 21, SEC 23, and SEC 25 and COMMON LAW TORT CLAIMS

COME NOW PLAINTIFFS, **KENT E. HOVIND**, an individual, and **PAUL JOHN HANSEN**, as trustee of **CREATION SCIENCE EVANGELISM (CSE)**, a non-statutory trust, bring this action pursuant to 42 U.S.C. §1983, seeking damages to remedy violations of their rights secured (Bill of Rights) by the following:

1a. Amendment I - Congress shall make no law respecting an <u>establishment of religion</u>, or prohibiting the <u>free exercise thereof</u>; or <u>abridging the freedom of speech</u>, or of the

---

42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

(doc no6.06.20)

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KENT E. HOVIND**, an individual*,

**PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE)**, a non-statutory trust,

      Plaintiffs,                Case No. 3:20CV5484

vs.

**UNITED STATES OF AMERICA, (USA)** an entity,
**MARGARET CATHARINE RODGERS**, an individual,
**THE ESTATE OF JOHN DAVID ROY ATCHISON**, an individual,
**MICHELLE HELDMYER**, an individual,
**SCOTT SCHNEIDER**, an individual,
**ALAN STUART RICHEY**, an individual,

      Defendants.

_____/

## CIVIL RIGHTS COMPLAINT – 42 U.S.C. § 1983, 1985,1986.

### FIRST, FOURTH, FIFTH, SIXTH, NINTH, TENTH, THIRTEENTH, and FOURTEENTH AMENDMENTS

### FLORIDA CONSTITUTION ART I SEC 9, SEC 11, SEC 12, SEC 17, SEC 21, SEC 23, and SEC 25 and COMMON LAW TORT CLAIMS

COME NOW PLAINTIFFS, **KENT E. HOVIND**, an individual, and **PAUL JOHN HANSEN**, as trustee of **CREATION SCIENCE EVANGELISM (CSE)**, a non-statutory trust, bring this action pursuant to 42 U.S.C. §1983, seeking damages to remedy violations of their rights secured (Bill of Rights) by the following:

1a. Amendment I - Congress shall make no law respecting an <u>establishment of religion</u>, or prohibiting the <u>free exercise thereof</u>; or <u>abridging the freedom of speech</u>, or of the

---

42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

*(doc no6.06.20)*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KENT E. HOVIND**, an individual*,

**PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE)**, a non-statutory trust,

      Plaintiffs,                           Case No. 3:20CV5484

vs.

**UNITED STATES OF AMERICA, (USA)** an entity,
**MARGARET CATHARINE RODGERS**, an individual,
**THE ESTATE OF JOHN DAVID ROY ATCHISON**, an individual,
**MICHELLE HELDMYER**, an individual,
**SCOTT SCHNEIDER**, an individual,
**ALAN STUART RICHEY**, an individual,

      Defendants.

_____/

## CIVIL RIGHTS COMPLAINT – 42 U.S.C. § 1983, 1985,1986.

### FIRST, FOURTH, FIFTH, SIXTH, NINTH, TENTH, THIRTEENTH, and FOURTEENTH AMENDMENTS

### FLORIDA CONSTITUTION ART I SEC 9, SEC 11, SEC 12, SEC 17, SEC 21, SEC 23, and SEC 25 and COMMON LAW TORT CLAIMS

COME NOW PLAINTIFFS, **KENT E. HOVIND**, an individual, and **PAUL JOHN HANSEN**, as trustee of **CREATION SCIENCE EVANGELISM (CSE)**, a non-statutory trust, bring this action pursuant to 42 U.S.C. §1983, seeking damages to remedy violations of their rights secured (Bill of Rights) by the following:

1a. Amendment I - Congress shall make no law respecting an <u>establishment of religion</u>, or prohibiting the <u>free exercise thereof</u>; or <u>abridging the freedom of speech</u>, or of the

---

42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

(doc nn6.06.20)

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KENT E. HOVIND**, an individual*,

**PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE)**, a non-statutory trust,

      Plaintiffs,

vs.

Case No. 3:20CV5484

**UNITED STATES OF AMERICA, (USA)** an entity,
**MARGARET CATHARINE RODGERS**, an individual,
**THE ESTATE OF JOHN DAVID ROY ATCHISON**, an individual,
**MICHELLE HELDMYER**, an individual,
**SCOTT SCHNEIDER**, an individual,
**ALAN STUART RICHEY**, an individual,

      Defendants.

_____/

## CIVIL RIGHTS COMPLAINT – 42 U.S.C. § 1983, 1985, 1986.

### FIRST, FOURTH, FIFTH, SIXTH, NINTH, TENTH, THIRTEENTH, and FOURTEENTH AMENDMENTS

### FLORIDA CONSTITUTION ART I SEC 9, SEC 11, SEC 12, SEC 17, SEC 21, SEC 23, and SEC 25 and COMMON LAW TORT CLAIMS

COME NOW PLAINTIFFS, **KENT E. HOVIND**, an individual, and **PAUL JOHN HANSEN**, as trustee of **CREATION SCIENCE EVANGELISM (CSE)**, a non-statutory trust, bring this action pursuant to 42 U.S.C. §1983, seeking damages to remedy violations of their rights secured (Bill of Rights) by the following:

1a. Amendment I - Congress shall make no law respecting an <u>establishment of religion</u>, or prohibiting the <u>free exercise thereof;</u> or <u>abridging the freedom of speech</u>, or of the

---

42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

*(doc no6.06.20)*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KENT E. HOVIND**, an individual*,

**PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE)**, a non-statutory trust,

      Plaintiffs,　　　　　　　　　　Case No. 3:20CV5484

vs.

**UNITED STATES OF AMERICA, (USA)** an entity,
**MARGARET CATHARINE RODGERS**, an individual,
**THE ESTATE OF JOHN DAVID ROY ATCHISON**, an individual,
**MICHELLE HELDMYER**, an individual,
**SCOTT SCHNEIDER**, an individual,
**ALAN STUART RICHEY**, an individual,

      Defendants.

_____/

## CIVIL RIGHTS COMPLAINT – 42 U.S.C. § 1983, 1985,1986.

### FIRST, FOURTH, FIFTH, SIXTH, NINTH, TENTH, THIRTEENTH, and FOURTEENTH AMENDMENTS

### FLORIDA CONSTITUTION ART I SEC 9, SEC 11, SEC 12, SEC 17, SEC 21, SEC 23, and SEC 25 and COMMON LAW TORT CLAIMS

COME NOW PLAINTIFFS, **KENT E. HOVIND**, an individual, and **PAUL JOHN HANSEN**, as trustee of **CREATION SCIENCE EVANGELISM (CSE)**, a non-statutory trust, bring this action pursuant to 42 U.S.C. §1983, seeking damages to remedy violations of their rights secured (Bill of Rights) by the following:

1a. Amendment I - Congress shall make no law respecting an <u>establishment of religion</u>, or prohibiting the <u>free exercise thereof</u>; or <u>abridging the freedom of speech</u>, or of the

---

42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

*(doc no4.06.20)*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KENT E. HOVIND**, an individual*,

**PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE)**, a non-statutory trust,

      Plaintiffs,                          Case No. 3:20CV5484

vs.

**UNITED STATES OF AMERICA, (USA)** an entity,
**MARGARET CATHARINE RODGERS**, an individual,
**THE ESTATE OF JOHN DAVID ROY ATCHISON**, an individual,
**MICHELLE HELDMYER**, an individual,
**SCOTT SCHNEIDER**, an individual,
**ALAN STUART RICHEY**, an individual,

      Defendants.

_____/

## CIVIL RIGHTS COMPLAINT – 42 U.S.C. § 1983, 1985,1986.

### FIRST, FOURTH, FIFTH, SIXTH, NINTH, TENTH, THIRTEENTH, and FOURTEENTH AMENDMENTS

### FLORIDA CONSTITUTION ART I SEC 9, SEC 11, SEC 12, SEC 17, SEC 21, SEC 23, and SEC 25 and COMMON LAW TORT CLAIMS

COME NOW PLAINTIFFS, **KENT E. HOVIND**, an individual, and **PAUL JOHN HANSEN**, as trustee of **CREATION SCIENCE EVANGELISM (CSE)**, a non-statutory trust, bring this action pursuant to 42 U.S.C. §1983, seeking damages to remedy violations of their rights secured (Bill of Rights) by the following:

1a. Amendment I - Congress shall make no law respecting an <u>establishment of religion</u>, or prohibiting the <u>free exercise thereof</u>; or <u>abridging the freedom of speech</u>, or of the

---

42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

*(doc no6.06.20)*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

KENT E. HOVIND, an individual*,

PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE), a non-statutory trust,

      Plaintiffs,                              Case No. 3:20CV5484

vs.

UNITED STATES OF AMERICA, (USA) an entity,
MARGARET CATHARINE RODGERS, an individual,
THE ESTATE OF JOHN DAVID ROY ATCHISON, an individual,
MICHELLE HELDMYER, an individual,
SCOTT SCHNEIDER, an individual,
ALAN STUART RICHEY, an individual,

      Defendants.
_____/

## CIVIL RIGHTS COMPLAINT – 42 U.S.C. § 1983, 1985, 1986.

### FIRST, FOURTH, FIFTH, SIXTH, NINTH, TENTH, THIRTEENTH, and FOURTEENTH AMENDMENTS

### FLORIDA CONSTITUTION ART I SEC 9, SEC 11, SEC 12, SEC 17, SEC 21, SEC 23, and SEC 25 and COMMON LAW TORT CLAIMS

COME NOW PLAINTIFFS, **KENT E. HOVIND**, an individual, and **PAUL JOHN HANSEN**, as trustee of **CREATION SCIENCE EVANGELISM (CSE)**, a non-statutory trust, bring this action pursuant to 42 U.S.C. §1983, seeking damages to remedy violations of their rights secured (Bill of Rights) by the following:

1a. Amendment I - Congress shall make no law respecting an <u>establishment of religion</u>, or prohibiting the <u>free exercise thereof;</u> or <u>abridging the freedom of speech,</u> or of the

---

42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DIST. OF FLORIDA

KENT E HOVIND,
CREATION SCIENCE EVANGELIZEM
PAUL JOHN HANSEN, TRUSTEE
_____
*Plaintiff(s)*

v.

Civil Action No. 3:20cv5484

UNITED STATES OF AMERICA
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA, % NORTHERN DISTRICT OF FLORIDA, U.S. ATTORNEY, PENSACOLA DIVISION, 21 EAST GARDEN STREET, SUITE 400, PENSACOLA, FL 32502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
KENT E. HOVIND / PAUL JOHN HANSEN, CSE TRUSTEE — 488 PEARL LANE, REPTON, AL 36475.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                          _____
                                                                *Server's signature*

                                                          _____
                                                                *Printed name and title*

                                                          _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
NORTHERN DIST. OF FLORIDA

KENT E HOVIND,
PAUL JOHN HANSEN, TRUSTEE C.S.E.

*Plaintiff(s)*

v.

Civil Action No. 3:20 CV 5484

MARGARET CATHARINE ROGERS

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MARGARET CATHARINE ROGERS, NORTHERN DIST. OF FLORIDA, 100 N PALAFOX ST, PENSACOLA, FL 32502.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KENT E HOVIND / PAUL JOHN HANSEN, CSE TRUSTEE - 488 PEARL LANE, REPTON, AL 36475.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DIST. OF FLORIDA

KENT E. HOVIND,
PAUL JOHN HANSEN, TRUSTEE CSE.

*Plaintiff(s)*

v.

ALAN STUART RICHEY

*Defendant(s)*

Civil Action No. 3:20CV5484

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALAN STUART RICHEY, (ATTORNEY-WS BAR #30578) 331 SENTINEL RD, PORT HADLOCK, WA 98339-9763, 253.548.8812.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: KENT E HOVIND/PAUL JOHN HANSEN, CSE TRUSTEE - 488 PEARL LANE, REPTON, AL 36475.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____
                                                          _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*


                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

(doc no6.09.20)

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KENT E. HOVIND**, an individual*,

**PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE)**, a non-statutory trust,

      Plaintiffs,                              Case No. 3:20CV5484

vs.

**UNITED STATES OF AMERICA, (USA)** an entity,
**MARGARET CATHARINE RODGERS**, an individual,
**THE ESTATE OF JOHN DAVID ROY ATCHISON**, an individual,
**MICHELLE HELDMYER**, an individual,
**SCOTT SCHNEIDER**, an individual,
**ALAN STUART RICHEY**, an individual,

      Defendants.
_____/

RE: **Praecipe** upon the Court Clerk.

1. See attached **eigh**t Amended pages of page one of the original signed 42USC1983 complaint.
2. Please remove page one of each of the complaints in your possession and replace it with this amended page.
3. The correct page has yellow x in the top right corner for assured selection for you.
4. Disregard the pages removed.
5. See attached _3_ summonses, the rest, for the remaining _3_ defendants will be coming soon, we are presently having difficulty verifying working addresses for them.
6. Please then forward the completed/signed summons to the U.S. Marshals for service, we will contact the Marshals Office for service arrangements and payment promptly.
7. Thank you for your valued service to all Americans.
8. Being the case has been cleared by an administrator (judge) it be prudent to notice him on this <u>page one amendment</u>, which is only the addition of 42USC**1985** & 42USC**1986**.

6/1?/2020  _[signature]_  Paul John Hansen

6/1?/2020  _[signature]_  Kent E Hovind

-- Proof of Service --

We, the signed, mailed the attached document. a one page **praecipe,** to the following on the date of _6_/_9_ 20202.
(i) US District Court Clerk
Federal courthouse

1 N Palafox St # 226

(850) 435-8440

_____ Paul John Hansen

_____ Kent E Hovind






P.J.H / KENT E. H.
188 PEARL LANE,
RENTON, AL 36475

7019 2280 0000 0330 6753

CHECKED JUN 15 2020

U.S. DIST. COURT CLERK
100 N. PALAFOX ST.
PENSACOLA, FL 325.02