UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENT HOVIND and
PAUL HANSEN, as trustee
for Creation Science Evangelism,
    Plaintiffs,

vs.                                      Case No.: 3:20cv5484/TKW/EMT

UNITED STATES OF AMERICA, et al.,
    Defendants.
                                  /

## ORDER

      I hereby disqualify myself from handling any proceedings in the above-styled case. The clerk is directed to randomly reassign this case to one of the active United States Magistrate Judges in this district and to change the docket to reflect the reassignment.

      **DONE AND ORDERED** this 19th day of August 2020.

                                    */s/ Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **CHIEF UNITED STATES MAGISTRATE JUDGE**