UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENT E. HOVIND, *et al.*,

    Plaintiffs,

v.                                            Case No. 3:20-cv-5484-TKW/MJF

UNITED STATES OF AMERICA, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

This matter was referred to the undersigned by the clerk of the court upon Plaintiffs' failure to comply with the court's order dated July 23, 2020. Plaintiffs were ordered to comply with Local Rule 5.7(B) and submit an amended complaint.[1] The order imposed a deadline of August 6, 2020. Plaintiffs have failed to comply with that order.

Accordingly, it is **ORDERED**:

1. On or before **September 8, 2020**, Plaintiffs shall show cause—if any—why this case should not be dismissed for failure to comply with a court order.

---

[1] Local Rule 5.7(B) states that a "complaint, together with any memorandum, must not exceed 25 pages, unless the Court authorizes it." Plaintiffs complaint was fifty-six pages in length, and Plaintiffs failed to seek leave to file a complaint in excess of the page limitation.

2.  Plaintiffs' failure to comply with this order likely will result in dismissal of this action for failure to comply with a court order and failure to prosecute.

**SO ORDERED** this 24th day of August, 2020.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**