# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KENT E. HOVIND**, an individual*,

**PAUL JOHN HANSEN, as trustee for
Creation Science Evangelism (CSE),**
a non-statutory trust,

    Plaintiffs,                                          Case No. 3:20CV5484 TKW/MJF

vs.

**UNITED STATES OF AMERICA, (USA)** an entity,
**MARGARET CATHARINE RODGERS**, an individual,
**THE ESTATE OF JOHN DAVID ROY ATCHISON**, an individual,
**MICHELLE HELDMYER**, an individual,
**SCOTT SCHNEIDER**, an individual,
**ALAN STUART RICHEY**, an individual,

    Defendants.

---

## PLAINTIFFS' MOTION FOR ACCESS TO PACER CM-ECF

Comes now Kent E. Hovind, Paul John Hansen and Creation Science Evangelism Ministry et.al, herein after known as Plaintiff's and request that the Honorable Court should grant Plaintiff's access to their cases via the Pacer CM/ECF, and for the following good and sufficient reasons would show the Honorable Court that the aforementioned should be granted:

### 1.
### Facts

The aforementioned Plaintiff's are parties to the above style and numbered case.



## 2.

## Prayer

**Wherefore;** Premises considered Plaintiff's pray that the Honorable Court would grant and so order Pacer CM/ECF access for Plaintiffs.

RESPECTFULLY SUBMITTED:

*/s/ Kent Hovind*

---

KENT E HOVIND
488 Pearl Lane
Repton Alabama 36475
* Telephone (251) 362-4635

and

*/s/ Paul John Hansen*

---

PAUL JOHN HANSEN,
as Trustee of CSE
P.O. Box 314,
Repton, Alabama 36475*
Telephone (251) 362-8231

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2020, the above and foregoing was forwarded either by certified mail, return receipt requested, to the e-mail address of record, fax transmission or hand delivery to Defendants, and to any other counsel of record by regular mail.

**MARGARET CATHARINE RODGERS**, an individual,
US COURTHOUSE
1 N PALAFOX ST
PENSACOLA FL  32502-5665


**MICHELLE HELDMYER**, an individual,
2409 Vance Ter Port
Charlotte, FL 33981-1040,
Office: 970-201-0995,
htreadwater@yahoo.com
Bar Association Number: 616214


**SCOTT M. SCHNEIDER**, an individual,
Scott M. Schneider
Account Supervisory Special Agent,
U.S. Treasury IRS Criminal Investigation Main office
7180 N 9th Ave,
Pensacola, FL 32504 (850) 475-7360

**ALAN STUART RICHEY**, an individual,
ALAN S RICHEY,
331 SENTINEL FIRS RD,
PORT HADLOCK, WA 98339-9763,
[Washington State Bar Association ID Number: 30578]
**Telephone:** (360) 437-4005


**UNITED STATES OF AMERICA, (USA)** an entity,
Pensacola Division
21 East Garden Street
Suite 400
Pensacola, FL 32502
(850) 444-4000

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*Paul John Hansen*

---

PAUL JOHN HANSEN,
as Trustee of CSE
P.O. Box 314,
Repton, Alabama 36475*
Telephone (251) 362-8231



P.J. HANSEN
BOX 314
EVERGREEN, AL. 36425

U.S. DIST COURT,
N. DIS. FLORIDA,
100 N. PALAFOX ST.
PENSACOLA, FL 32502

RECEIVED NOV 02 2020