UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENT E. HOVIND, *et al.*,

    Plaintiffs,

v().                                                           Case No. 3:20-cv-5484-TKW/MJF

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

This matter was referred to the undersigned by the clerk of the court upon Plaintiffs' failure to comply with the court's order dated February 1, 2021. Plaintiffs were ordered to file a response to the Defendants' motion to dismiss. The order imposed a deadline of February 16, 2021. Plaintiffs have failed to comply with the court order.

Accordingly, it is **ORDERED**:

1. On or before **March 11, 2021**, Plaintiffs shall show cause—if any—why this case should not be dismissed for failure to comply with a court order.

2. Plaintiffs' failure to comply with this order likely will result in dismissal of this action for failure to comply with a court order and failure to prosecute.

**SO ORDERED** this <u>24th</u> day of February, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**