jUNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

**KENT E. HOVIND**, a private individual**,

**PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE)**, a non-statutory trust*,

      Plaintiffs*,                                 Case No. 3:20CV5484 TKW/MJF

vs.

**UNITED STATES OF AMERICA**, (USA) an entity,

**MARGARET CATHARINE RODGERS**, an individual,

**THE ESTATE OF JOHN DAVID ROY ATCHISON**, individual,

**MICHELLE HELDMYER**, an individual,

**SCOTT SCHNEIDER**, an individual,

**ALAN STUART RICHEY**, an individual,

      Defendants.

_____/

>>>>

RE: Plaintiff's response to 'Defendant's Motion to Dismiss', dated January 1, 2021.

Defendant's, have stated in writing, in their Motion for Dismissal', the follow as 'evidence of law' to support their claim for a dismissal, Plaintiff responds/argues individually as to each 'evidenced of law proposed by the Defendant's:

1. Defendant's Claim - This pleading standard does not require "<u>detailed factual allegations</u>," but a complaint must offer more than mere "labels and conclusions." Id.
2. Plaintiff's Response/Argument - Plaintiff's claims are in affidavit form, in "<u>detailed factual</u>

3. <u>allegations"</u>, and directly states individual acts, of all individual Defendants, which qualify as a violation under common law, that are to be determined by a jury, in this instant case, independent of statutory law, and independent of all United States administrators (judges). Plaintiff's claims are also enumerated as violations in written statutory laws, of the United States, as is stated in the complaint, sufficient for a jury to comprehend.

4. Defendant's Claim - "A formulaic recitation of the elements of a cause of action will not do." Id. (quoting Twombly, 550 U.S. at 555) (quotation marks omitted). Plausibility means "more than a sheer possibility that a defendant has acted unlawfully."

5. Plaintiff's Response/Argument - Again - Plaintiff's claims are in affidavit form and directly states individual acts, of all the individual Defendants, which qualify as a violation under common law, that are to be determined by a jury independent of statutory law, and independent of all United States administrators (judges). Plaintiff's claims are also enumerated as violations in written statutory laws, of the United States, as is stated in the complaint, and all is sufficient for a jury to comprehend. The complaint does not allude to any "sheer possibility", but makes sworn statements of actual acts, of each Defendant, that now must go before the jury of twelve men as they are to be the 'finders of facts' of this case.

6. Defendant's Claim - "Where a complaint pleads facts that are merely consistent with a defendant's liability, it stops short of the line between possibility and plausibility of entitlement to relief." Id. (quotation and citation omitted). The determination of whether a complaint states a plausible claim for relief is "a context specific task that requires the reviewing court to draw on its judicial experience and common sense." Iqbal, 556 U.S. at 679 (citation omitted).

7. Plaintiff's Response/Argument - In this instant case the reviewing court consists of twelve jurors, and the judge is to only administrate as to a fair trial, and an opportunity for the twelve jurors to receive all evidence that the Plaintiffs and Defendants wish to present for them. The Complaint clearly states that the jurisdiction of the case incorporates American common law, as in the 7th Amendment, as found in the 'Bill of Rights', as enumerated in 'The Constitution for the United States of America'. Plaintiffs wishes to rely upon the **"judicial experience", and "common sense",** given to man from God above. And all is to be done without threat, or impediment, from any United States agent, of officer of any court, of the United States.

8. Defendant's Claim - **In considering a motion to dismiss under Rule 12(b)(6), "the Court accepts the factual allegations in the complaint as true and construes them in the light most favorable to the plaintiff." Speaker v. U.S. Dep't of Health & Human Servs. Ctrs. for Disease Control & Prevention, 623 F.3d 1371, 1379 (11th Cir. 2010). This deference is applied to <u>factual allegations</u> only, and not to mere legal conclusions. See Iqbal, 556 U.S. at 678.**

9. Plaintiff's Response/Argument - All of Plaintiff's claims are sworn as "**factual allegations**", under their personal commercial liability. Plaintiff argues that the all Plaintiff's have 'inalienable Rights' as enumerated in the 'Declaration of Independence' of July 4, 1776. Also, that all Plaintiff's have the right to 'life, liberty and the pursuit of happiness' as enumerated in the 'Declaration of Independence', and as the same, premise of natural law, is reaffirmed in President Abraham Lincoln's 'Gettysburg Address', in 1863, 87 years after July 4, 1776. And that violation of rights, under color of law, has remedy in 18USC241, and 18USC242, and in common law, (the jury of 12, the Peoples court) independent of the United States courts.

10. Defendant's Claim – Plaintiffs are barred by statute of limitations.
11. Plaintiff's Response/Argument - There is no statute of limitations in common law violations. If the Defendant's had no authority to do a specific act they cannot rely on any authority as to such act for immunity or statute of limitations.

12. Affiant states that this document was mailed, Postpaid, USPS, on January 19, 2021, to the address of - US COURTHOUSE, 1 N PALAFOX ST., PENSACOLA FL 32502-5665, and ELIZABETH BARRY PARKER Assistant United States Attorney Alabama Bar No. 4558k69b 21 East Garden St., Suite 400 Pensacola, FL 32502 Telephone: 850-444-4000 Elizabeth.Parker@usdoj.gov

_/s/ Paul Hans_
Affiant – Paul John Hansen

(28 **U.S.** Code § 1746 Limited Jurat, Land Jurisdiction Specific)

I, Paul John Hansen, Affiant, declare under penalty of perjury under the laws of the United States of America that the foregoing (3 page, response to 'Defendant's Motion to Dismiss', dated January 1, 2021 < titled) Affidavit is true and correct. Executed on 18 day of the January, 2021. Jurat: As sworn to before the below signed Notary this 18 day of the January, 2021, Oath: I, Paul John Hansen, as speaking to the signed notary, now solemnly swears that the contents of the above Affidavit as subscribed is **sworn** to be correct and true.

_/s/ Paul Hans_
Affiant – Paul John Hansen

State of Iowa

County of Pottawattamie

Personally, appeared before me the undersigned notary, an officer authorized to administer oaths,

3

Paul John Hansen, with valid identification, and/or personally known to me, who <u>first being duly sworn</u>, deposes and says that the forgoing, 3 page, instrument was subscribed and sworn before me, this 8 day of 1st Month, 2021.

_____ Notary

Tim Lee Ellis

**Respectfully submitted,**



**Kent E Hovind,**

**488** Pearl Lane

Repton Alabama 36475

Telephone (251) 362-4635

and

*Paul John Hansen* / Pol Ham

Paul John Hansen as Trustee CSE,

3988 County Road 7

Repton Alabama 36475

Telephone (251) 362-8231

4

-- Proof of Service --

We, the signed, mailed the attached document, to the following on the date of _1__/_19__ 2021.

(i) <u>US District Court Clerk</u>

Federal courthouse

1 N Palafox St # 226

Pensacola, FL 32502

(850) 435-8440

>>

- ELIZABETH BARRY PARKER Assistant United States Attorney Alabama Bar No. 4558k69b 21 East Garden St., Suite 400 Pensacola, FL 32502 Telephone: 850-444-4000 Elizabeth.Parker@usdoj.gov

*Paul John Hansen*   *Paul Hans*
                     Paul John Hansen

*Kent Hovind*   Kent E Hovind