UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

**KENT E. HOVIND**, a private individual**,

**PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE)**, a non-statutory trust*,

Plaintiffs*,   Case No. 3:20CV5484 TKW/MJF

vs.

**UNITED STATES OF AMERICA, (USA)** an entity,

**MARGARET CATHARINE RODGERS**, an individual,

**THE ESTATE OF JOHN DAVID ROY ATCHISON**, individual,

**MICHELLE HELDMYER**, an individual,

**SCOTT SCHNEIDER**, an individual,

**ALAN STUART RICHEY**, an individual,

Defendants.

_____/

RE: Notice to the court that the below document was mailed as attested to and that the mailings were intercepted.

1. The below three, or four page, document is to be 'filed for record, and filed under demand', as a right of signed.
2. The original is in the possession of Paul John Hansen, who was reluctant to part with the wet ink document, for evidence reasons. Such will be available for open court evidence presentment, if needed.
3. Therefore, the Defendant's dismissal should be denied for Defendant's motion was responded to timely by Plaintiff.

4. Plaintiff was not made aware of the recent court order until this day of 3/11/2021, mail was delayed.

FILED USDC FLND PN
MAR 11 '21 PM3:26

1

*Paul John Hansen*   *Paul Hanse*

Paul John Hansen as Trustee CSE,

3988 County Road 7

Repton Alabama 36475

Telephone (251) 362-8231

-- Proof of Service --

We, the signed, mailed the attached document, to the following on the date of _3_/_11_ 2021.

(i) <u>US District Court Clerk</u>

Federal courthouse

1 N Palafox St # 226

Pensacola, FL 32502

(850) 435-8440

- ELIZABETH BARRY PARKER Assistant United States Attorney Alabama Bar No. 4558k69b 21 East Garden St., Suite 400 Pensacola, FL 32502 Telephone: 850-444-4000 Elizabeth.Parker@usdoj.gov

*Paul Hanse*
*Paul John Hansen*    Paul John Hansen

*Kent Hovind*    Kent E Hovind