TO:

District Judge K. Wetherell

US COURTHOUSE

1 N PALAFOX ST

PENSACOLA FL  32502-5665


FROM:

Paul John Hansen

P.O. Box 314,

Repton, AL 36475


RE:  CASE NUMBER:  3:20-CV-5484


Good Day Your Honor;

I am a party to the aforementioned case. I do not live close by which constitutes a hardship that may not allow me the opportunity for proper justice in this case. I would like to request CM-ECF privileges. I do have a Pacer account, and am familiar with the Pacer process. Thank you for your time and extra consideration in this matter.


Regards                                                                                           (Mailed 4/29/2021)

*Paul Hansen*

Paul John Hansen

P.O. Box 314,

Repton, AL 36475


FILED USDC FLND PN
MAY 3 '21 PM2:44 MB

P.J. HANSEN
PO BOX 314
REPTON, AL 36475

NORTH HOUSTON TX 773
29 APR 2021 PM 7 L

JUDG K. WETHERELL
U.S. COURT HOUSE,
1 N. PALAFOX ST.
PENSACOLA, FL 32502-5165

RECEIVED MAY 03 2021

FOREVER
883391122140655

32502-565850