TO:

District Judge K. Wetherell

US COURTHOUSE

1 N PALAFOX ST

PENSACOLA FL  32502-5665


FROM:

KENT E HOVIND

488 Pearl Lane,

Repton, Alabama 36475

Telephone (251) 362-4635


RE:  CASE NUMBER:  3:20-CV-5484


Good Day Your Honor;

I am a party to the aforementioned case. I do not live close by which constitutes a hardship that may not allow me the opportunity for proper justice in this case. I would like to request CM-ECF privileges. I do have a Pacer account, and am familiar with the Pacer process. And I have many legal experts that have Pacer account that are willing to help me to assure I all is always done fully proper.

Thank you for your time and extra consideration in this matter.

Regards

(Mailed 5/03/2021)

X _____ KENT E HOVIND     ( < Kent sign in blue pin.)

488 Pearl Lane, Repton, Alabama 36475

Telephone (251) 362-4635