UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KENT E. HOVIND** and **PAUL JOHN HANSEN** as trustee for Creation Science Evangelism (CSE), a non-statutory trust,

    **Plaintiffs**,

v.                                  Case No. 3:20cv5484-TKW-MJF

**UNITED STATES OF AMERICA,** et al.,

    **Defendants**.

_____/

## ORDER ON PLAINTIFFS' MOTIONS

This case is before the Court on Plaintiffs' motions for CM/ECF privileges (Docs. 26, 27) and Plaintiffs' motion for an extension of time (Doc. 25). No response is necessary, and upon due consideration of these filings and the case file, it is

**ORDERED** that:

1. Plaintiffs' motions for CM/ECF privileges are **DENIED**.

2. Plaintiffs' motion for extension of time is **GRANTED**, and Plaintiffs shall have until May 21, 2021, to file their objections to the magistrate judge's Report and Recommendation.

**DONE and ORDERED** this 4th day of May, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**