UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENT E. HOVIND,
PAUL A. HANSEN

VS  CASE NO. 3:21-CV-5484-TKW-MJF

UNITED STATES OF AMERICA, ET AL

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiffs take nothing and that all claims in the second amended complaint are DISMISSED with prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

 June 1, 2021  /s/ A'Donna Bridges, Deputy Clerk
DATE  Deputy Clerk: A'Donna Bridges