# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| KENT E. HOVIND, an individual*, <br><br> PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE), a non-statutory trust, <br><br> Appellants <br><br> vs. <br><br> UNITED STATES OF AMERICA, (USA) an entity, <br> MARGARET CATHARINE RODGERS, an individual, <br> THE ESTATE OF JOHN DAVID ROY ATCHISON, an individual, <br> MICHELLE HELDMYER, an individual, <br> SCOTT SCHNEIDER, an individual, <br> ALAN STUART RICHEY, an individual, <br><br> Appellee | 3:20CV5484 -TKW- MJF <br><br> NOTICE OF APPEAL |

Notice is hereby given that KENT E. HOVIND, an individual*, and

PAUL JOHN HANSEN, as trustee for Creation Science Evangelism (CSE), a non-statutory trust,

the Plaintiffs in the above named case, hereby appeal to the United States Court of

Appeals for the Eleventh Circuit from the ORDER dated first day of June of the year of

our Lord 2021,

FILED USDC FLND PN
JUL 30 '21 PM3:07

NOTICE OF APPEAL
**3:20CV5484**
2021-07-26
Page 1 of 3

ordering that:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Defendants' motion to dismiss (Doc. 17) is GRANTED.

3.  All the claims in the second amended complaint (Doc. 14) are DISMISSED with prejudice, and the Clerk shall close the case file.

Respectfully submitted

*Kent Hovind*
KENT E HOVIND

488 Pearl Lane Repton Alabama 36475*
Telephone (251) 362-4635

-and-

*Paul John Hansen*
PAUL JOHN HANSEN, as Trustee of CSE
P.O. Box 314,
Repton, Alabama 36475*
Telephone (251) 362-8231

$505.00 APPEAL FEE IS ATTACHED
AS USPS MONEY ORDER 27516031547.
TRACKING - 7019 2280 0001 1809 3203

NOTICE OF APPEAL
**3:20CV5484**
2021-07-26
Page 2 of 3

## Certificate of Service

I certify that on the 26th day of July, 2021, a true and correct copy of the foregoing instrument has been mailed to:

/s/ Elizabeth Barry Parker ELIZABETH BARRY PARKER Assistant United States Attorney Alabama Bar No. 4558k69b 21 East Garden St., Suite 400 Pensacola, FL 32502 Telephone: 850-444-4000 Elizabeth.Parker@usdoj.gov.
-and-
the captioned Court.

*[signature: Kent Hovind]*
KENT E HOVIND

488 Pearl Lane Repton Alabama 36475\*
Telephone (251) 362-4635

-and-
*[signature: Paul John Hansen]*
PAUL JOHN HANSEN, as Trustee of CSE
P.O. Box 314,
Repton, Alabama 36475\*
Telephone (251) 362-8231

NOTICE OF APPEAL
**3:20CV5484**
2021-07-26
Page 3 of 3

D J HANSEN
P.O. Box 314
REPTON, ALABAMA
36475

7019 2280 0001 1809 3203

CERTIFIED MAIL






U.S. POSTAGE PAID
FCM LETTER
EVERGREEN, AL
36401
JUL 27, 21
AMOUNT
$4.15
R2304M113298-08

U.S. DIST. COURT, FL
100 N. PALAFOX ST.,
PENSACOLA, FLORIDA
32502

32502-469900

```
Court Name: District Court
Division: 3
Receipt Number: FLN300014767
Cashier ID: mbrouss
Transaction Date: 08/03/2021
Payer Name: KENT HOVIND
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: KENT HOVIND
 Case/Party: D-FLN-3-20-CV-005484-001
 Amount:         $505.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 2751603154
 Amt Tendered:  $505.00
-----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


Note: Re
```