**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

September 27, 2021

For rules and forms visit
www.ca11.uscourts.gov

Clerk - Northern District of Florida
U.S. District Court
100 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 21-12624-AA
Case Style: Kent Hovind, et al v. USA, et al
District Court Docket No: 3:20-cv-05484-TKW-MJF

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. *See* 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 09/21/2021.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Entry of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. *See* FRAP 25(a)(2)(A)(i).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA
Phone #: (404) 335-6180

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 21-12624-AA

_____

KENT E. HOVIND,
PAUL JOHN HANSEN,
as Trustee for Creation Science Evangelism
(CSE) a Non Statutory Trust,

                        Plaintiffs - Appellants,

versus

UNITED STATES OF AMERICA,
MARGARET CATHARINE RODGERS,
THE ESTATE OF JOHN DAVID ROY ATCHISON,
MICHELLE MCCAIN HELDMYER,
SCOTT SCHNEIDER,
ALAN STUART RICHEY,

                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Paul John Hansen and Kent E. Hovind failed to file a CORRECTED (complete) brief and appendix within the time fixed by the rules, effective September 27, 2021.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  T. L. Searcy, AA, Deputy Clerk

FOR THE COURT - BY DIRECTION